UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHARLES N. BARNEY,

    Plaintiff,

v.

                                      Case No.: 1:08-cv-694

CHRISTINE MEYER D.O., et al.,              HONORABLE PAUL L. MALONEY

    Defendants.
_____/


## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #57) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court. Therefore,

**IT IS HEREBY ORDERED** that defendants' frivolous Rule 41(b) motion (Dkt. #56) is **DENIED**. Defendants' counsel is expressly placed on notice that the Court reserves the right to exercise its authority under the provisions of F.R.Civ.P. 11 and 28 U.S.C. § 1927 if another frivolous Rule 41(b) motion is filed.


Dated: June 24, 2010                                              /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       Chief United States District Judge