UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES N. BARNEY,

    Plaintiff,

v.

    Case No. 1:08-cv-694

    HONORABLE PAUL L. MALONEY

CHRISTINE MEYER, D.O., et al.,

    Defendants.
_____/

## **JUDGMENT**

Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendants Christine Meyer, D.O., Craig Hutchinson, Brendan Sherry, P.A., and Correctional Medical Services, Inc. and against plaintiff.

Date:   September 29, 2010                 /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge